CHARLES H. BROWN, Respondent, *v.* PROTECTED HOME CIRCLE, Appellant.

*Brown* v. *Protected Home Circle*, 171 App. Div. 976, affirmed.
(Submitted January 8, 1919; decided January 28, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 21, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a benefit certificate issued by the defendant to plaintiff's wife and providing that if, at the time of her death, she was a member in good standing of defendant, it would pay to plaintiff the amount mentioned therein.

It was conceded that the dues and monthly payment for November, 1910, were not paid within the time prescribed in the certificate and in the defendant's by-laws, but it appeared that such dues and payments were paid to and received and accepted as such by the defendant's agent, after the prescribed time for payment and prior to her death.    The question was presented whether there was a waiver by the defendant of the provisions of the certificate and by-laws relating to the prompt payment of dues or assessments.

*S. Fay Carr* for appellant.

*August Becker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.